**Gerald Bryan DUGGAN, Plaintiff, Appellant,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE, Defendant, Appellee.**

**No. 04–1445.**

United States Court of Appeals, First Circuit.

Sept. 29, 2004.

Gerald Bryan Duggan on brief pro se.

by designation.

Peter D. Keisler, Assistant Attorney General, Leonard Schaitman, Attorney, Civil Division, Department of Justice, and R. Craig Green, Attorney, Civil Division, Department of Justice on brief for appellee.

Before BOUDIN, Chief Judge, TORRUELLA and LYNCH, Circuit Judges.

PER CURIAM.

After carefully considering the briefs and record on appeal, we affirm the judgment of the District Court. The appellant presented no basis to suggest that any agency records were improperly withheld. 5 U.S.C. § 552; *Kissinger v. Reporters Comm. for Freedom of the Press*, 445 U.S. 136, 100 S.Ct. 960, 63 L.Ed.2d 267 (1980).

*Affirmed.*

1st Cir. Rule 27(c).